UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

CHARLES SILAS,

        Plaintiff,                    No. C 12-3019 PJH (PR)

  vs.                                      **ORDER DISMISSING COMPLAINT**

CHAPPELL,

        Defendant.

       Plaintiff, a prisoner at San Quentin State Prison, has filed a pro se civil rights complaint under 42 U.S.C. § 1983. The original complaint was dismissed with leave to amend and plaintiff has filed an amended complaint.

       In the original complaint Plaintiff stated that he had Hepatitis C and bilateral cervical neural foraminal stenosis and two doctors denied him medication. No other information was given and plaintiff was granted leave to amend to provide more complete factual allegations. In the amended complaint and exhibits, plaintiff describes the medications that were denied and how it adversely affected his health. However, plaintiff describes events that occurred in 2002-2005 at High Desert State Prison in the Eastern District of California. Moreover, court records indicate that plaintiff recently filed this exact same case and exhibits in the Eastern District of California, so the case need not be transferred. *See Silas v. Chappell*, 13-cv-0010 DAD P.

       Therefore, the complaint is **DISMISSED** and this case is **CLOSED**.

**IT IS SO ORDERED.**

///

///

Dated: February 4, 2013.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.12\Silas3019.dis.wpd